**LAW OFFICES OF SHELBY NICOLE ALBERTS**
Shelby Nicole Alberts, SBN 283064
901 H Street, Ste. 612
Sacramento, CA 95814
Telephone: 916-941-5610
shelbyalbertslaw@gmail.com

Attorneys for Defendant
**ERIC MELOVICH**

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>ERIC MELOVICH,<br><br>             Defendant. | CASE NO.  2:25-CR-00030-DC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISPOSITION HEARING<br><br>DATE: December 19, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

Defendant, Eric Melovich, by and through his counsel of record, and plaintiff, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Dispositional hearing on December 19, 2025. Due to technical issues, the Defense did not receive the Dispositional Memorandum in a sufficient time to file a Dispositional Memorandum on behalf of Mr. Melovich. Given the issues in the current case, Defense Counsel needs additional time to file a Dispositional Memorandum in order to effectively represent her client. The United States does not object to this requested continuance.

2. By this stipulation, the parties now move to continue the Dispositional hearing until January 16, 2026 at 9:30am.

3. The parties understand that this date is available to the Court for a Dispositional Hearing.

4. It is therefore requested that the Dispositional Hearing date currently scheduled for

1 | December 19, 2025 be continued to January 16, 2026 at 9:30am before this Court.

3 |      IT IS SO STIPULATED.

6 | Dated: December 15, 2025            ERIC GRANT
United States Attorney

   /s/ *ZACHARY MALINSKI*
ZACHARY MALINSKI
Assistant United States Attorney

12 | Dated: December 15, 2025         /s/ *SHELBY NICOLE ALBERTS*
SHELBY NICOLE ALBERTS
Counsel for Defendant
Eric Melovich

STIPULATION REGARDING CONTINUING DISPOSITIONAL HEARING     2

**ORDER**

The court, having received, read and considered the parties' stipulation filed on December 15, 2025, and good cause appearing therefrom, GRANTS the parties' request to continue. Accordingly, the Revocation (Dispositional) Hearing scheduled for December 19, 2025, is VACATED and RESET for January 16, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. Any briefing the parties want the court to consider shall be filed no later than 12:00 PM (Noon) on January 8, 2026.

IT IS SO ORDERED.

Dated:   **December 15, 2025**

Dena Coggins
United States District Judge

STIPULATION REGARDING CONTINUING DISPOSITIONAL HEARING

3