**LAW OFFICES OF SHELBY NICOLE ALBERTS**
Shelby Nicole Alberts, SBN 283064
901 H Street, Ste. 612
Sacramento, CA 95814
Telephone: 916-941-5610
shelbyalbertslaw@gmail.com

Attorneys for Defendant
**ERIC MELOVICH**

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-CR-00030-DC |
| Plaintiff, | STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE DISPOSITION HEARING |
| v. | DATE: January 16, 2026 |
| ERIC MELOVICH, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dena Coggins |

### STIPULATION

Defendant, Eric Melovich, by and through his counsel of record, and plaintiff, by and through its counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a Dispositional hearing on January 16, 2026. Based on an unexpected delay due to the holidays, the Defense has not had sufficient time to timely file a Dispositional Memorandum on behalf of Mr. Melovich. Given the issues in the current case, Defense Counsel needs additional time to file a Dispositional Memorandum in order to effectively represent her client. The United States does not object to this requested continuance.

2.      By this stipulation, the parties now move to continue the Dispositional hearing until January 23, 2026 at 9:30am.

3.      The parties understand that this date is available to the Court for a Dispositional Hearing.

4.      It is therefore requested that the Dispositional Hearing date currently scheduled for

STIPULATION REGARDING CONTINUING            1
DISPOSITIONAL HEARING

January 16, 2026 be continued to January 23, 2026 at 9:30am before this Court.

IT IS SO STIPULATED.

Dated:  January 8, 2026                                    ERIC GRANT
                                                          United States Attorney

                                                          /s/ *ZACHARY MALINSKI*

                                                          ZACHARY MALINSKI
                                                          Assistant United States Attorney

Dated:  January 8, 2026                                    /s/ *SHELBY NICOLE ALBERTS*
                                                          SHELBY NICOLE ALBERTS
                                                          Counsel for Defendant
                                                          Eric Melovich

**ORDER**

The court, having received, read and considered the parties' stipulation filed on January 8, 2026 (Doc. No. 23), and good cause appearing therefrom, GRANTS the parties' request to continue. Accordingly, the Revocation (Dispositional) Hearing scheduled for January 16, 2026, is VACATED and RESET for January 23, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. Any briefing the parties would like the court to consider in connection with the hearing, should be submitted no later than January 15, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated:   **January 12, 2026**

_____
Dena Coggins
United States District Judge

STIPULATION REGARDING CONTINUING
DISPOSITIONAL HEARING

3